COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Jeremy Dion Washington v. The State of Texas

Appellate case number:   01-13-00227-CR

Trial court case number:   1862644

Trial court:             County Criminal Court at Law No. 8 of Harris County

Appellee, The State of Texas, has filed a "Motion to Reinstate Appeal" and a "Joint Motion to Reinstate Appeal," representing that counsel for appellant, Jeremy Dion Washington, joins the motion to reinstate the appeal. The State requests that we reinstate the appeal or, alternatively, order the trial court to conduct an abatement hearing regarding the status of the reporter's record.

On July 10, 2014, this case was abated and remanded to the trial court to determine whether portions of the trial court proceedings were omitted from the reporter's record filed in this Court, whether any omitted portions were lost or destroyed, and whether any omitted portions that were lost or destroyed could be replaced. On July 14, 2014, the court reporter filed additional volumes of the reporter's record with the Court. On February 26, 2015, the trial court held a hearing on the status of the reporter's record. On February 27, 2015, the trial court signed findings of fact, stating that counsel for the State and appellant appeared at the February 26, 2015 hearing, and "agreed that the reporter's record is currently acceptable for purposes of returning the case to the Court of Appeals active docket." Accordingly, we GRANT in part the "Joint Motion to Reinstate Appeal," and DISMISS as moot the State's request that we order the trial court to conduct a hearing. We DISMISS as moot the State's "Motion to Reinstate Appeal." Finally, we REINSTATE this case on the Court's active docket.

Appellant's brief is ORDERED to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is ORDERED to be filed no later than 30 days from the date that appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ <u>Russell Lloyd</u>
                 ☒ Acting individually

Date:  March 17, 2015